502 A.2d 1240

**COMMONWEALTH of Pennsylvania**

v.

**Henry J. WILLIAMSON, a/k/a Harry Williamson, Petitioner.**

Supreme Court of Pennsylvania.

Jan. 8, 1986.

Petition for Allowance of Appeal GRANTED, No. 4 E.D. Appeal Docket 1986.